

12/19/2023

**VIA ECF**
Hon. Lynn Adelman
United States Courthouse, Room 364
517 East Wisconsin Ave.
Milwaukee, WI 53202

Re: Green v. City of Waukesha, et al. Case No. 23-cv-1586

Dear Judge Adelman:

My office represents Defendant, City of Waukesha, in this matter. We are in receipt of Plaintiff's recently filed amended complaint [ECF 9] and motion to remand [ECF 10]. As Plaintiff has amended his complaint to remove all federal causes of action, there is no longer a basis for federal question jurisdiction. Therefore, Defendant consents to this case being remanded back to state court.

Thank you for your consideration.

Sincerely,

STADLER SACKS LLC

/s/ *Ronald S. Stadler*

Ronald S. Stadler

**Stadler Sacks LLC**
Case 2:23-cv-01586-LA Street, Suite Filed 12/19/23 Page 1 of 2 Document 12
www.stadlersacks.com